IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DRELIJAH J. MUHAMMAD-ALI,** <br> AIS # 180664 <br><br> Petitioner, <br><br> vs. <br><br> U.S. CONGRESS, *et al.,* <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACT. NO. 1:21-cv-245-TFM-N <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OPINION AND ORDER**

On August 18, 2021, the Magistrate Judge entered a report and recommendation which recommends that Petitioner Drelijah J. Muhammad-Ali's petition for writ of habeas corpus be dismissed without prejudice for lack of jurisdiction. *See* Doc. 15. Petitioner filed several documents in response which the Court construes as objections. *See* Docs. 16, 17, 18, 19, 20, 21, 22. As such, the recommendation is ripe for review.

Petitioner is a familiar presence in this Court. Though he sometimes goes by the name Drelijah J. Muhammad-Ali, he is also known as Marcus O. Taite. His objections and other pleadings are generally nonsensical and discuss the history of treason, the English Royal Crown, and denies that he is a U.S. citizen and instead Saudi Arabia. He further complains to the U.S. Congress about the courts in Mobile and argues "a conflict of interest in obeying the laws of copyright and treatise of the royal crown of England dominions courts." He disclaims the identity forced on him at birth and wants his proper identity and forefathers recognized. Nothing in his various documents addresses the well-reasoned analysis of the Magistrate Judge as to successive challenges.

Consequently, after due and proper consideration of all portions of this file deemed relevant

to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, Petitioner's objections (Docs. 16, 17, 18, 19, 20, 21, 22) are **OVERRULED**, the Report and Recommendation of the Magistrate Judge (Doc. 15) is **ADOPTED** as the opinion of this Court. Petitioner's habeas petition is **DISMISSED without prejudice** and all pending motions are **DENIED as moot**.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 3rd day of November, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE