IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DRELIJAH J. MUHAMMAD-ALI,** ) <br> **AIS # 180664** ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> **U.S. CONGRESS,** *et al.,* ) <br> ) <br> Respondents. ) | CIV. ACT. NO. 1:21-cv-0245-TFM-N |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Drelijah J. Muhammad-Ali's petition (Doc. 1) is **DISMISSED without prejudice**. Further the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of November, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE